# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| Gary Johnson, et al, | Case No. 1:11-cv-08829 |
| Plaintiffs, | |
| v. | **NOTICE OF SETTLEMENT** |
| Portfolio Recovery Associates, Inc., | |
| Defendant. | |

Now comes Plaintiff, by and through counsel, and hereby gives notice that the parties in the above-captioned matter reached a settlement. Plaintiff anticipates filing a Notice of Dismissal with Prejudice in 30 days.

RESPECTFULLY SUBMITTED,

Meier LLC

By: */s/ Richard J. Meier*
Richard J. Meier, Esq.
53 W. Jackson Blvd, Suite 709
Chicago, IL 60604
Tel: 312/242-1849
Fax: 312/242-1849
richard@meierllc.com
*Attorney for Plaintiff*

**CERTIFICATE OF SERVICE**

I hereby certify that on a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. The following party was served via regular U.S. Mail:

Portfolio Recovery Associates, Inc.
c/o Judith Sugg Scott. Registered agent
120 Corporate Blvd, Suite 100
Norfolk, VA 23502

*/s/ Richard J. Meier*