UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.2
Eastern Division

Gary Johnson, et al.
                        Plaintiff,

v.                                        Case No.: 1:11−cv−08829
                                            Honorable Ronald A. Guzman

Portfolio Recovery Associates, Inc.
                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 21, 2012:

      MINUTE entry before Honorable Ronald A. Guzman: Pursuant to Plaintiffs'
notice of voluntary dismissal, it is hereby ordered that pursuant to Federal Rule of
CivilProcedure 41(a), this case is hereby dismissed with prejudice. Any pending motions
or schedules are stricken as moot. Civil case terminated. Mailed notice (cjg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.